UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WASHINGTON MUTUAL HOME LOANS,
INC., etc.,
    Plaintiff,

vs.                                       CASE NO. 8:09-CIV-1018-T-17-MAP

DAVID BISHOP, et al.,
    Defendants/Counter-Plaintiffs,

vs.

FEDERAL DEPOSIT INSURANCE
CORPORATION, etc., et al.,
    Counter-Defendants.
_____/

**ORDER**

This cause is before the Court on the motion to set aside the order approving special master report (Docket No. 5) and response thereto (Docket No. 25). The Court finds the motion response well-taken and incorporates it herein by reference. Accordingly, it is

**ORDERED** that the motion to set aside the order approving special master report (Docket No. 5) be **denied.**

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of March, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record